02 10044 REK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER CHADWICK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLINGTON MANAGEMENT ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br><br> RECEIPT # 97355 <br> AMOUNT $ 150 <br> SUMMONS ISSUED ✓ <br> LOCAL RULE 4.1 ✓ <br> WAIVER FORM ___ <br> MCF ISSUED ✓ <br> BY DPTY. CLK. 035 <br> DATE 2/27/02 |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(a), Defendant Wellington Management Company, LLP ("Wellington"), by its undersigned counsel, hereby petitions this Honorable Court for removal of this action from the Suffolk Division of the Superior Court Department of the Massachusetts Trial Court to this United States District Court for the District of Massachusetts, based on the following grounds:

1. Plaintiff Jennifer Chadwick ("Chadwick") commenced this action in the Suffolk County Superior Court on February 15, 2002. The Summons and Complaint were served on Wellington on February 26, 2002. This Notice of Removal is filed within thirty days after service of such process. True copies of all process, pleadings and orders served upon Wellington in the Suffolk County Superior Court action are attached hereto as Exhibit A.

2. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff has asserted a claim in this action under the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601 et seq.




WHEREFORE, Defendant Wellington Management Company, LLP respectfully requests that the within civil action be removed to this Court from the Suffolk County Superior Court.

Respectfully submitted,

WELLINGTON MANAGEMENT
COMPANY, LLP

By its Attorney,

Dated: February 27, 2002

*Ilene Robinson Sunshine*
Ilene Robinson Sunshine (BBO #423000)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

I hereby certify that a copy of the above document was served on counsel of record for all parties by ~~hand~~/mail on 2/27/02.

*Ilene Robinson Sunshine*