UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DARLEEN M. ARRUDA**

        Plaintiff,

v.

**JO ANNE B. BARNHART,**
Commissioner, Social Security Administration
        Defendant.

Civil Action
No.  03-10344  MLW  MBB

03 · 10344 MLW

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the plaintiff's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;

☒ In accordance with Fed. R. Civ. P. 5(e), the clerk filed the complaint on 3-11-03 and assigned it Civil Action No. 03-10344 MLW

It is ORDERED that:

☒ The application to proceed without prepayment of fees is GRANTED.

☒ It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

☐ It is FURTHER ORDERED that this action will be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff files a complaint as directed in the accompanying memorandum.

☐ It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.

March 11, 2003
DATE

_____
UNITED STATES DISTRICT JUDGE

(ifpnonpr.ord - 9/20/96)                                                                                     [oifp.]